E-FILED
Friday, 19 October, 2007   02:49:59 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

SANTOS MARIO ALVARADO-CASADA a/k/a
MARIO ALBARADO-CASADA, MARIO ALBARADO
MARIO ALVARADO-QUESADA, SANTOS
MARIO (M) ALVARADO, MARIO ALVARADO-CASADA

**CRIMINAL COMPLAINT**

CASE NUMBER: 07- MJ-6081

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about September 19, 2007 in Putnam County, in the Central District of Illinois defendant, (Track Statutory Language of Offense)

an alien, having previously been deported to Mexico from the United States at El Paso, Texas on or about January 12, 2007, after his conviction on or about September 16, 2005 in LaSalle County, Illinois for the commission of an aggravated felony, aggravated battery, was found to be in the United States without the Attorney General or the Secretary of Homeland Security having expressly consented to the defendant's reapplying for admission to the United States

I further state that I am a(n) ICE Deportation Officer and that this Complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/ Agent

_____
Signature of Complainant
FRANCISCO TREVINO

Sworn to before me and subscribed in my presence,

October 19, 2007            at      Peoria, Illinois
_____       _____
Date                                City and State

s/ John A. Gorman

John A. Gorman
United States Magistrate Judge
_____       _____
Name & Title of Judicial Officer        Signature of Judicial Officer

STATE OF ILLINOIS        )
                         )    SS
COUNTY OF PEORIA         )

## AFFIDAVIT

I, Francisco Trevino, the undersigned affiant, first being duly sworn upon oath, hereby depose and state the following:

1. I am a Deportation Officer with the United States Department of Homeland Security, Border and Transportation Security Directorate, U.S. Immigration and Customs Enforcement (ICE). I have been employed by this agency, or the legacy Immigration and Naturalization Service (INS), for more than six (6) years. I am currently assigned to the Chicago, Illinois ICE Office;

2. In my employment, I am assigned to investigate alleged violations of the Immigration and Nationality Act, including activities which constitute the illegal re-entry of aliens into the United State after such aliens have previously been lawfully deported from the United States;

3. This affidavit is made in support of the issuance of a Criminal Complaint and Warrant of Arrest against subject Santos Mario ALVARADO-Casada;

4. On September 17, 2007, Deportation Officer (DO) Esteban Rivas of the Chicago, Illinois ICE Office received a phone call from the Putnam County Sheriffs Department, in Hennepin, IL. The phone call was in regards to a Santos M. ALVARADO the Putnam County Sheriffs Department had arrested on local criminal charges. It was discovered that ALVARADO is a previously deported aggravated felon from Mexico. DO Rivas then placed an administrative detainer for ALVARADO with the Putnam County Sheriffs Department. On September 18, 2007 ALVARADO was received into ICE custody per said detainer.

5. On September 19, 2007 the administrative processing of ALVARADO was assigned to Immigration Enforcement Agent (IEA) Deni Bukvic. IEA Bukvic interviewed ALVARDO at the Chicago Field Office on September 19, 2007. Prior to questioning, ALVARADO was advised of his constitutional rights as per Miranda, and agreed to answer questions without an attorney present. During questioning, ALVARADO stated that he was previously convicted of an aggravated felony, Aggravated Battery, and that he was lawfully deported from the United States to Mexico. ALVARADO further stated that he entered the United States without the permission of the Secretary of Homeland Security or his predecessor the United States Attorney General after his deportation. ALVARADO stated that he illegally entered the United States, at or near Brownsville, Texas on or about January 28, 2007;

6. I was assigned to the case to present ALVARADO for prosecution on September 24, 2007. I reviewed the administrative ICE file of ALVARADO (A77-774-448). The file shows that ALVARADO is a native and citizen of Mexico who was lawfully deported from the United States to Mexico on April 28, 2000, November 9, 2000, January 23, 2003, July 24, 2004, and January 12, 2007. The file contains no record of ALVARADO requesting permission to apply for readmission to the United States from the Secretary of Homeland Security, or his predecessor the United States Attorney General, after his deportation. Further review of the file revealed that ALVARADO was convicted, prior to his first deportation, of one offense of Burglary (a theft offense and an aggravated felony), on October 1, 1998, in La Salle County Circuit Court, and was sentenced to 24 months probation and 13 days imprisonment. This case was re-sentenced due to probation revocation on September 24, 1999 and ALVARADO was sentenced to 3 years in the Illinois Department of Corrections (IDOC), case number 98CF360. ALVARADO was also convicted of another offense of Burglary on September 24, 1999, in La Salle County Circuit

Court, and sentenced to 3 years Illinois Department of Corrections, case number 99CF180. After ALVARADO's first deportation he was also convicted of the following; Illegal Entry into the United States on May 17, 2000 in the Southern District of Texas at Brownsville, Texas and sentenced to 6 months imprisonment. Illegal Reentry after Deportation on March 20, 2002 in the District of New Mexico and sentenced to 21 months imprisonment. Domestic Battery on July 16, 2003 in La Salle County Circuit Court and sentenced to 1 year special conditional discharge. Obstruction of Justice on September 16 2005 in La Salle County Circuit Court and sentenced to 1 year Illinois Department of Corrections. Aggravated Battery/Great Bodily Harm on September 16, 2005 and sentenced to 3 years Illinois Department of Corrections;

7. ALVARADO unlawfully re-entered the United States and was found within the United States after being lawfully deported subsequent to a conviction of an aggravated felony. These alleged acts are in violation of Title 8, United States Code, Section 1326(a) and (b) (2). These alleged violations occurred in Putnam County, within the Central District of Illinois.

FURTHER AFFIANT SAYETH NOT.

s/ Agent

FRANCISCO TREVINO, Deportation Officer
U.S. Immigration and Customs Enforcement

Subscribed and sworn before me
this _October 19, 2007_.
s/ John A. Gorman

HONORABLE JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE