E-FILED
Monday, 05 November, 2007 12:24:34 PM
Clerk, U.S. District Court, ILCD

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

RECEIVED
2007 OCT 22 A 5:34
US MARSHAL SERVICE
CENTRAL ILLINOIS

UNITED STATES OF AMERICA

vs.

SANTOS MARIO ALVARADO-CASADA a/k/a
MARIO ALBARADO-CASADA, MARIO ALBARADO
MARIO ALVARADO-QUESADA, SANTOS
MARIO (M) ALVARADO, MARIO ALVARADO-CASADA

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

**WARRANT FOR ARREST**

CASE NO. 07-MJ-6081

FILED
NOV 0 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

YOU ARE HEREBY COMMANDED to arrest, SANTOS MARIO ALVARADO-CASADA and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint charging him with

Illegal re-entry of a previously deported alien   ,

RECEIVED
2007 OCT 25 P 1:19
US MARSHALS SERVICE
CENTRAL ILLINOIS

in violation of Title 8  United States Code, Section(s) 1326(a) and (b)(2)

| John A. Gorman | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer

October 19, 2007   Peoria, Illinois
Date and Location

Bail fixed at $ No Bond/Detention Requested   by   John A. Gorman, United States Magistrate Judge
                                                        Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Chicago_

| Date Received 10/23/07 | Name of Arresting Officer S/A's Trevino + Benwick | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/23/07 | Title of Arresting Officer  ICE | |