IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
NOV 7 - 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07- 10123 |
| | ) VIO: Title 8, United States Code, |
| SANTOS MARIO ALVARADO-CASADA, | ) Sections 1326(a) and (b) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

From on or about January 28, 2007, to on or about September 18, 2007 in Putnam County, in the Central District of Illinois, and elsewhere, the defendant,

**SANTOS MARIO ALVARADO-CASADA,**

an alien, having previously been deported to Mexico from the United States at El Paso, Texas on or about January 12, 2007, after his conviction on September 16, 2005, in LaSalle County, Illinois for the commission of an aggravated felony, Aggravated Battery, was found to be in the United States without the Attorney General or the Secretary of Homeland Security having expressly consented to the defendant's reapplying for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b).

A True Bill.

s/ Foreperson
Foreperson

s/ Assistant U.S. Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

JHC/ms