# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff | )<br>)<br>)<br>) CASE NO. 07-10123<br>)<br>) |
| **Santos Mario Alvarado-Casada**<br>Defendant | )<br>) |

FILED
NOV 09 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:00 PM** on **Wednesday, December 19, 2007.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, January 7, 2008**

at

[ X] Peoria, Illinois

[ ] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 9th day of November, 2007

s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE