UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim No. 07-10123 |
| SANTOS ALVARADO-CASADA, | ) |
| Defendant. | ) |

**DEFENDANT'S LETTER IN MITIGATION AND COMMENTARY**

Now comes the Defendant, SANTOS ALVARADO-CASADA, by his attorney, KARL W. BRYNING, and submits 1 letter of support for consideration at sentencing.

Federal prisons are able to treat prisoners with a wide range of medical conditions. However, it would be more cost effective for Mr. Alvarado-Casada to receive treatment from a Christian Mission in Mexico than for the United States of America to pay the cost of incarceration and medical treatment for his terminal illness. 18 U.S.C. 3553(a)(2)(D) states that the Court shall consider the need for the sentence imposed to provide the defendant "...with needed...medical care, or other correctional treatment in the most cost effective manner."

Mr. Alvarado-Casada respectfully requests that Court consider imposing a sentence of 36 months so as to provide for medical care in the most cost effective manner, in consideration of his likely shortened life expectancy, and to serve all of the purposes of sentencing.

Respectfully submitted,

Santos Alvarado-Cassada, Defendant

s/Karl W. Bryning

KARL W. BRYING

        Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org

Attachments: 1 Letter in Mitigation

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney, John Campbell, One Technology Plaza, Suite 400, Peoria, IL 61602

        s/Karl W. Bryning

KARL W. BRYING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: 309/671-7898
E-mail: karl_bryning@fd.org

E-FILED
Wednesday, 16 April, 2008  05:18:07 PM
Clerk, U.S. District Court, ILCD

2-28-2008

Dear Judge Mihm,

I am writing on behalf of Santos Mario Alvarado, #00136463, who is in the Peoria Co. Jail. His court date is April 17'th at 10:30.

I have known Santos for about 12 years. I met him when he was 17 years old at the English as a 2'nd Language classes that I taught. He has since become my "unofficial foster son" and I consider him to be part of my family.

Santos grew up in Mexico and had an unusual and difficult childhood. He left home at the age of 14 and lived mostly on the streets in Los Angeles. At some point, either through drug use or unprotected sex, he contracted HIV and Hepatitis C. He has been able to get the medication he needs from the ADAP Program and the University of Chicago college of Medicine in Peoria. When he was in Mexico, he was unable to get the medications he needed and became very ill. That is why he returned to the U.S. I have now found a place in Cd. Juarez, Chi., Mexico where he will be able to get the medication and health care he needs. It is a place called La Tenda Di Cristo. It is an Italian run organization that provides health care and living facilities for people with AIDS/HIV. They will provide him with his medications and he will be able to live on the compound until he finds a job and is able to support himself. I am sending a copy of their brochure along with this letter. The contact person is Sister Barbara Jenkins – 915-859-0903. The Director is Davide De La Pozza, but he only speaks Italian and Spanish. Santos' father, who lives in Durango, Dgo., Mexico, has also offered to let him stay there with him but I don't know how he could get his medications there.

Since Santos has been in jail, he has been diagnosed as Bi-Polar and is taking Lexipor. This has made a world of difference for him! He no longer has the mood swings and inappropriate rage that he has dealt with most of his life.

I am asking you to consider giving Santos a short prison sentence. Since he has a place to go and a way to get his medication, he will be able to stay in Mexico. Because he has had HIV and Hep. C since he was very young, I am not sure how many years he has left and I would hate to see him spend those years in prison. I feel that as long as he has his Bi-Polar and HIV medications available to him, that he will be content to stay in Mexico and make a life for himself there.

Thank you for your consideration.

Teresa Verduzco
511 W. Erie
Spring Valley, IL. 61362
815-257-6555
t.verduzco@yahoo.com

# La Tenda di Cristo 16



Nuestra Señora de Guadalupe
Fray Antonio de Arteaga #1140
Col. Fray García de San Francisco
Ciudad Juárez, México
011-52-656-607-8686



**COMMUNITY**
**"LA TENDA DI CRISTO 16"**
Our Lady of Guadalupe
Fray Antonio de Arteaga #1140
Col. Fray García de San Francisco
Ciudad Juárez, México

**US Contact**
**SISTER BARBARA JENKINS, SC**
199 Pendale Rd. #7
El Paso, TX 79907
915-859-0903
sbjinx@yahoo.com

Hi, my name is Ana, I'm 25 years old. I come from a dysfunctional family, just like many others in this border town and as a result I became a drug addict at the age of fifteen.

I was offered drugs for the first time in school. My addiction became stronger and it became harder to get the money for the drugs.

I didn't care about anything nor anyone so I started to sell my body to get money for the drugs I needed. I don't know for how long I did it, I don't know how many men I was with. Now I live in a nightmare knowing that I was infected by the worst evil the one society doesn't forgive, "AIDS".

I feel so isolated, with no place to go since my family has rejected me. I want to find hope, a reason to keep going but instead I find rejection and repudiation. I am paying too much for the mistakes of my past…today I only want to love and be loved.

## La Tenda di Cristo

La Tenda di Cristo was established by a group that wished to live the gospel in the reality of our time. It stands as an oasis of hope in the lives of those forgotten by society, the poor of our time, those who suffer with AIDS. Through efforts of prevention and recovery, we who walk with these brothers and sisters offer companionship to bring light into the lives isolated from a society that is indifferent and superficial. We experience in La Tenda a continuation of a journey from slavery of the ancient peoples in Egypt to a freedom of new life.

La Tenda is a community, living as a family in an environment of trust and companionship. We desire and work always to deepen the dialogue within this community which strengthens our souls and makes us capable of loving and believing in the beauty of life.

## The History of La Tenda

In 1986 Brother Francesco Zambotti founded La Tenda di Cristo as a response to the presence of AIDS and its affect on the community. Concerned with the people whom society was rejecting, Brother Francesco began the project to assist victims of AIDS, prostitutes and those addicted to drugs.

Presently there are sixteen Tendas: twelve in Italy, three in Brazil and the most recent in CD. Juárez, México. The Juarez Tenda was established after Brother Francesco realized the many problems of this border town: an increasing number of victims of AIDS, prostitution, drug addiction and promiscuity. La Tenda di Cristo 16 is the only one in México. It houses up to 35 men, women and children offering mental, physical, emotional and spiritual assistance to many who have lived a life of chaos and destruction.

## Your Commitment is Our Strength

AIDS and addictive behaviors are problems that we cannot continue to ignore and deny.

Daily we see the multiplication of underlying problems which seriously harm our society. As awareness increases, we will succeed in fighting these evils. For this reason we invite you, parents, nurses, doctors, clergy, politicians, teachers, students and our entire community to become part of La Tenda. Only with your knowledge and experience can we confront and overcome the challenges of this societal epidemic.

Come visit us, get to know our community and become part of it. To continue our mission it is necessary to take each other by the hand and unify our efforts to offer hope and freedom to those who live in the darkness.

