E-FILED
Friday, 18 April, 2008  04:06:49 PM
Clerk, U.S. District Court, ILCD



## Peoria County Regional Office of Education

07-10123

**PEORIA COUNTY COURTHOUSE**
324 Main St., Room 401
Peoria, IL  61602-1309
309.672.6906  309.672.6053 Fax

GERALD M. BROOKHART, Ed.D.
Superintendent
gbrookha@roe48.k12.il.us

JEFFRY B. NELSON, Ed.D.
Assistant Superintendent
jnelson@roe48.k12.il.us

April 17, 2008

To Whom It May Concern:

Santos Alvarado has been in GED classes since February 7, 2008. He took his GED test and scored 2100 and passed all subjects except the Writing Skills portion. If he were to get the minimum on that test the next time he takes it, his score will be 2510. He needs 2250 to earn his GED.

Santo participates in all classes and should have no problems passing the GED test in the future.

Sincerely,

*Connie Pogue*

**Connie Pogue**
**GED Administrator**



# Official Transcript of GED Tests Results
## Illinois High School Equivalency Testing Program

General Educational Development Testing Service of the American Council on Education

*(For additional transcripts, contact the office below.)*

Administered by
OFFICIAL GED TESTING CENTERS
of the

**Candidate's Name**

| | | |
|---|---|---|
| Last: | ALVARADO-QUEZADA | First: SANTOS | Middle Initial: M |
| Address: | 511 WEST ERIE STREET | | County Name: Peoria ROE |
| | SPRING VALLEY   IL 61364 | | County Identification No.: 072 |
| Date of Birth: | 11/02/78 | | Phone No.: (309) 672-6906 |
| Issue Date: | 04/17/08 | Identification No.: 763481590   151866 | County Address: 324 Main St., Rm. 401 |
| Requirements Met On: | / / | Reported to: SANTOS M. ALVARADO-QUEZAD<br>511 WEST ERIE STREET<br>SPRING VALLEY   IL  61364 | Peoria   IL 61602 |

Regional Superintendent's Signature

| | TEST DATE | TEST FORM | **STANDARD SCORE | **PERCENTILE RANK | *PASS | *NON-PASS |
|---|---|---|---|---|---|---|
| Language Arts, Reading | 04/11/08 | IE | 610 | 86% | X | |
| Language Arts, Writing | 04/11/08 | IE | ** | 0% | | X |
| Mathematics | 04/11/08 | IE | 500 | 50% | | X |
| Science | 04/11/08 | IE | 510 | 54% | X | |
| Social Studies | 04/11/08 | IE | 480 | 42% | X | |
| Standard Score Total | | | 2,100 | | | |
| Battery Average | | | 420 | | | |
| Constitution | Tested Last On: / / | | | | | |

*Pass or Non-Pass as determined by jurisdictional policy.

**The scores on this report are the highest scores achieved by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

### INDIVIDUAL TEST STANDARD SCORE

200          410    450          800
        Below    PASSING SCORE    Above

### BATTERY PASSING SCORE

200          Below    PASSING SCORE    Above    800

### TOTAL BATTERY

You must pass all five test areas (Reading, Writing, Mathematics, Science, and Social Studies) to successfully demonstrate the 21st century skills of

- Communication
- Information processing
- Problem solving
- Higher order thinking skills

These skills are required to perform effectively in the workplace or in higher education.

### Language Arts, Reading

Your score exceeds the GED passing score requirement and the scores of 80% of graduating seniors. You demonstrated superior reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

### Language Arts, Writing

Your score did not meet the GED passing score requirement. Please schedule a re-test and explore further instruction in Language Arts, Writing.

A single asterisk (*) indicates that your essay was off-topic and, therefore, did not receive a score; you will need to re-test on both Parts I and II.

Double asterisks (**) indicate that your essay received an inadequate rating and, therefore, did not receive a score; you will need to re-test on both Parts I and II.

### Mathematics

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

### Science

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space sciences, physics, and chemistry to visual and written text from academic and workplace contexts.

### Social Studies

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.